

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-19-00213-CR**

**IN RE THOMAS BENSON TAYLOR**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed July 24, 2019
[OT06]

